FILED OCT 0 4 2017 Clerk, U.S. District Court District Of Montana Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RENE FLORES,<br><br>Defendant. | CR 16-28-BLG-SPW-1<br><br>ORDER |

Upon the Defendant's Unopposed Motion to File Exhibit Under Seal (Doc. 105), and good cause appearing,

IT IS HEREBY ORDERED that the Motion to File Exhibit G Under Seal is GRANTED. Exhibit G of the Notice of Sentencing Exhibits is sealed.

DATED this 4th day of October, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1